UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRONACO, INC. and
POLYVALVE, LLC,

      Plaintiffs,                          Case No. 1:15-cv-380

v.                                       HON. JANET T. NEFF

KEROTEST MANUFACTURING
CORP.,

      Defendant.
_____/

## ORDER

      This matter is before the Court on the parties' Second Joint Notice Requesting Additional Time to Discuss Settlement (Dkt 21).  The parties are continuing to evaluate whether a resolution can be reached.  They request an additional sixty (60) days to complete their negotiations.  The Court, having reviewed the parties' request, finds that an extension is warranted.  In the event that a settlement is not reached, counsel shall appear for a status conference.  Therefore,

      **IT IS HEREBY ORDERED** that the parties shall, **no later than December 28, 2015**, file a joint notice indicating that the parties:

    (1)     have reached a resolution of this case, and dismissal papers are forthcoming;

    (2)     are continuing to negotiate a resolution and request more time to do so, including an estimated time for completion, a detailed explanation of the efforts made thus far and what remains to be done to complete the process; or

    (3)     were unable to reach a resolution of this case, further negotiations would not be productive at this time, and the status conference is necessary.

      **IT IS FURTHER ORDERED** that a status conference is scheduled for **January 6, 2016 at 10:00 a.m.** before the Honorable Janet T. Neff, 401 Federal Building, 110 Michigan, N.W., Grand

Rapids, Michigan. The attorneys handling the matter for trial are required to be present at this conference.


Dated: October 26, 2015                                    /s/ Janet T. Neff
                                                           JANET T. NEFF
                                                           United States District Judge