UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRONACO, INC. and
POLYVALVE, LLC,

    Plaintiffs,

v.

KEROTEST MANUFACTURING CORP.,

    Defendant.
_____/

Case No. 1:15-cv-380

HON. JANET T. NEFF

## ORDER OF DISMISSAL

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice (Dkt 23):

**IT IS HEREBY ORDERED** that the parties' Stipulation of Dismissal With Prejudice (Dkt 23) is GRANTED.  This matter is DISMISSED WITH PREJUDICE, and with each party to bear its own costs and attorneys' fees.

Dated: December 28, 2015                      /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge